IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BERNADETTE BURNS, | : | |
| Plaintiff, | : | No. 20-cv-05304-JMY |
| | : | |
| vs. | : | |
| | : | |
| USI INSURANCE SERVICES, LLC, | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this 18th day of March, 2022, upon consideration of the Motion for Summary Judgment (ECF No. 11) filed by Defendant USI Insurance Services, LLC, and all papers filed in support thereof and in opposition thereto, for the reasons set forth in the accompanying Memorandum entered by the Court, it is hereby ORDERED that said Motion will be GRANTED.

It is further ORDERED that this action is DISMISSED, and Clerk of Court is DIRECTED to mark this matter closed.

BY THE COURT:

　/s/ John Milton Younge　
Judge John Milton Younge